U.S. Department of Justice
*United States Attorney*

FILED
January 24, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CR_____
DEPUTY

**United States District Court**
Western District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § § | Cause No.<br><br>**DR-24-CR-0137 (4) AM** |
| CASSANDRA SKY CLERE (4) | § § § | |

### ORDER FOR BENCH WARRANT

It appearing to the Court than an indictment has been returned against the below named defendant, it is hereby ORDERED that a warrant be issued for the arrest of said defendant, returnable instanter to the Del Rio Division of this Court.

| Defendant | Recommended Amount of Bail |
|---|---|
| CASSANDRA SKY CLERE | DETAINED WITHOUT BOND |

*Bond to be set at time defendant(s) has initial appearance before a judicial officer and <u>after</u> interview by an officer assigned to the Pretrial Services Office, provided if defendant is arrested outside the Del Rio Division of the Western District of Texas, it is recommended that defendant be detained.

ENTERED at Del Rio, Texas, this 24th day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE