AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

FILED
11634896
FEB 15 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>**CASSANDRA SKY CLERE** | )<br>)<br>)<br>)<br>)<br>) | Case No. DR-24-CR-0137 (04) AM |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **CASSANDRA SKY CLERE**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

PLEASE SEE INDICTMENT

U.S. MARSHALS W/TX
RECEIVED
JAN 25 2024
DEL RIO, TX

Date:    01/24/2024

*Issuing officer's signature*

C. Rodriguez, U.S. Deputy Clerk
*Printed name and title*

City and state:    Del Rio, Texas

Bail fixed at $:    DETAIN

U.S. Magistrate Judge Joseph A. Cordova
*Judicial Officer's Name*

---

**Return**

This warrant was received on *(date)* 1-25-24, and the person was arrested on *(date)* 2/14/2024
at *(city and state)* Austin, TX.

Date: 2/15/2024

*Arresting officer's signature*

Maria I. Garza HSI TFO
*Printed name and title*