FILED
MAY 01 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Criminal No. DR-24-CR-0137-AM |
| | § | |
| RICARDO HERRERA DE SILVA (2), | § | |
| CASSANDRA SKY CLERE (4), | § | |
| Defendants. | § | |

## PROTECTIVE ORDER

Pending before the Court is the Government's Motion for a Protective Order. (ECF No. 70.) The Defendants did not file replies. The Court has considered the Government's Motion and finds that the Government's discovery in this matter will contain Personally Identifiable Information and other protected and confidential information including bank account information, immigration documents, and phone numbers of people other than the Defendants. The Court further finds that a Protective Order is needed to safeguard that information. Accordingly, the Government's motion is **GRANTED**.

The Court hereby **ORDERS** that:

1. All discovery from the Government to the Defendants that contains Personally Identifiable Information, other protected and confidential information, bank records and other financial documents pertaining to the Defendants and to other individuals and entities, and materials obtained through a Grand Jury subpoena shall be protected by this Order, and all persons who have access to said information must agree to, and shall be subject to this Order.

2. All discovery provided to the Defendants by the Government shall be provided only to Defendants' counsel of record. If a Defendant's original attorney of record withdraws from the case, she or he shall provide the Government's discovery and a copy of this

Order to any substitute counsel. The Defendants' counsel of record and their agents and employees may only use the documents produced by the Government for the purposes of this case. The Defendants' counsel may show the Government's discovery to a Defendant after fully informing the Defendant of the contents of this order. The Defendants' counsel and their agents and employees shall not provide a copy of the Government's discovery to a Defendant.

3. The Defendants' counsel may show the Government's discovery to a retained consultant as needed for the case but only after the consultant for the Defendant has acknowledged in writing her or his receipt of a copy of this Order, an understanding of the terms of this Order, and her or his agreement to comply with its terms and conditions.

4. The Defendants' counsel shall keep a written record of all persons to whom she or he has shown the discovery and, if requested, shall provide that list to the Court.

5. The Government and the Defendants' counsel shall not file, or submit for filing, any document that contains information protected by this Order, or reproduce or otherwise disclose the contents of said documents in any court filing unless the document or filing is placed under seal or all protected information has been redacted, or as otherwise directed or permitted by the Court.

6. All exhibits or other documents that contain information protected by this Order shall be placed under seal. Procedures for the use, of documents containing information protected by this Order shall be determined by the Court in advance of trial.

7. No later than 30 days after the final conclusion of this case, the Defendants and their counsel shall return the documents and all copies, as well as all notes, memoranda, summaries, or other materials and documents containing confidential or protected

information to counsel for the Government. Final conclusion as to the Defendants means a dismissal of all charges, acquittal of all charges, or sentencing on any charges on which the Defendants were convicted, and the exhaustion of all direct appeals.

SIGNED and ENTERED on this 1st day of May 2024.

_____
ALIA MOSES
Chief United States District Judge