UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | DR:24-CR-00137(4)-AM |
| § | |
| (4) CASSANDRA SKY CLERE § | |

## ORDER SETTING GARCIA HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **GARCIA HEARING** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Tuesday, July 16, 2024 at 11:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 9th day of July, 2024.

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE